IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE CASTLE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>GLOBAL CREDIT & COLLECTION CORP., RESURGENT CAPITAL SERVICES, L.P. and LVNV FUNDING, LLC,<br><br>      Defendants. | No. 1:18-cv-06888 |

**DEFENDANT GLOBAL CREDIT & COLLECTION CORP.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Global Credit & Collection Corp. ("Global") states as follows:

1. Global is a private non-governmental party whose parent corporation is GCC Holdings US LLC. Global has no publicly held affiliates, and no publicly held corporation owns more than 10% of Global's stock.

CHICAGO/#3217011

Dated: November 2, 2018          Respectfully submitted,

                                                            GLOBAL CREDIT & COLLECTION CORP.


                                                            By:/s/<u>Brian W. Ledebuhr</u>
                                                                              One of Its Attorneys

Brian W. Ledebuhr
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500
bledebuhr@vedderprice.com

## CERTIFICATE OF SERVICE

The hereby certify that I electronically filed the foregoing **DEFENDANT GLOBAL CREDIT & COLLECTION CORP.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following

> Daniel A. Edelman
> Cathleen M. Combs
> James O. Latturner
> Cassandra P. Miller
> EDELMAN, COMBS, LATTURNER &
> GOODWIN, LLC
> 20 South Clark Street, Suite 1500
> Chicago, IL 60603-1824

On November 2, 2018.

s/Brian W. Ledebuhr