IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BONNIE CASTLE, on behalf of Plaintiff and a proposed class | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:18-cv-06888 |
| GLOBAL CREDIT & COLLCTION CORPORATION, RESURGENT CAPITAL SERVICES, L.P., and LVNV FUNDING, LLC | ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **11th** day of **July** at **9:45 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Manish Shah, or any judge sitting in his stead in Courtroom 1919 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Defendant's Motion for Protective Order**, a copy of which is hereby served upon you.

                                        Respectfully submitted,

**DATED:** June 25, 2019        /s/ Nicole M. Strickler
                                         Nicole M. Strickler #6298459
                                        Messer Strickler, Ltd.
                                        225 W. Washington St., Ste. 575
                                        Chicago, IL 60606
                                        (312) 334-3442
                                        (312) 334-3434 (FAX)
                                        nstrickler@messerstrickler.com
                                        *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June 2019, a true and accurate copy of the foregoing was filed with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record.

/s/ Nicole M. Strickler
 Nicole M. Strickler #6298459
Messer Strickler, Ltd.
225 W. Washington St., Ste. 575
Chicago, IL 60606
(312) 334-3442
(312) 334-3434 (FAX)
nstrickler@messerstrickler.com
*Attorney for Defendant*